**THIRD DIVISION
GOBEIL, J.,
COOMER and HODGES, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**March 14, 2019**

# In the Court of Appeals of Georgia

A18A2126. WILLIAM PANERAL et al. v. ROSALYN L. MOORE et al.

HODGES, Judge.

Upon consideration, the judgment of the court below is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Gobeil and Coomer, JJ., concur.*